UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
CYNTHIA TYRONE

CASE NO. 05 B 43607

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-1694

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/04/05 and confirmed on 01/27/06.

2. The case was converted to Chapter 7 after confirmation, 09/11/2007.

3. The Debtor paid a total of $ 32808.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | CURRENT MORTG | 28842.00 | .00 | 28842.00 |
| HSBC | MORTGAGE ARRE | 1820.15 | .00 | 481.55 |
| CAPITAL ONE BANK | UNSECURED | 1159.48 | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | 11162.79 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1651.56 | .00 | .00 |
| MIDWESTERN REGIONAL MED | UNSECURED | 126.30 | .00 | .00 |
| QUICK CASH | UNSECURED | 917.93 | .00 | .00 |
| QUEST | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SMITHEREEN EXTERMINATING | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 781.35 | .00 | .00 |
| ZWICKER & ASSOCIATES PC | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1518.76 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1001.04 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 30662.15 | .00 | 18319.21 | .00 | 48981.36 |
| PRINCIPAL PAID | 29323.55 | .00 | .00 | .00 | 29323.55 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 29323.55 | .00 | .00 | .00 | 29323.55 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC , was allowed $ 2700.00 and was paid $ 506.00 direct and $ 2194.00 through the plan.

The Trustee received $ 1290.45 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/20/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                          PAGE   2
         CASE NO. 05 B 43607 CYNTHIA TYRONE